UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

DOMINGO MARTINEZ,

        Plaintiff,

    -against-

IRVING'S RECYCLABLES, INC.,

        Defendants.

----------------------------------------------------------------X

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  **FEB 16 2016**  ★

LONG ISLAND OFFICE
Docket No.:  15-CV-7382

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's legal

counsel, Feather Law Firm, P.C., hereby gives notice that the above-captioned action is

voluntarily dismissed, without prejudice against the Defendant Irving's Recyclables, Inc.

Dated:   Garden City, New York
        February 12, 2016

                     By:

                     David S. Feather, Esq.
                     FEATHER LAW FIRM, P.C.
                     Attorneys for Plaintiff
                     666 Old Country Road
                     Suite 605
                     Garden City, New York 11530
                     (516) 745-9000

*Case closed.
So ordered.
s/ Joan M. Azrack  2/16/16
Joan M. Azrack, USDJ*